COM.

v.

**BROWNE, E.**

**1665 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

Reargument Denied 8/1/2017

CP–23–CR–0004407–2015 (Delaware)

Affirmed

COM.

v.

**GOVENS, M.**

**1683 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

Reargument Denied 7/13/2017

CP–23–CR–0002608–2015 (Delaware)

Reversed and Appellant Discharged

COM.

v.

**GOVENS, M.**

**1673 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

Reargument Denied 7/13/2017

CP–23–CR–0000147–2016 (Delaware)

Reversed and Appellant Discharged

COM.

v.

**FELICIANO, A.**

**1781 EDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–51–CR–0009715–2012 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

